**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ANTHONY EUGENE LAMAR**                                                                    **PLAINTIFF**

v.                               **CASE NO: 3:13CV00277 BSM**

**JOHN CAWLEY** *et al.*                                                                        **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety. Accordingly, plaintiff Anthony Lamar's complaint is dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the order entered on December 23, 2013. It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 4th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE