**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ANTHONY EUGENE LAMAR**                                                    **PLAINTIFF**

**v.**                           **CASE NO: 3:13CV00277 BSM**

**JOHN CAWLEY** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this date, this case is dismissed without prejudice.

It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 4th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE